# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| MICHELLE MCCULLEY, | Civil No. 2:18-CV-00370-RAJ |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Appeals Council will remand the case to a different, constitutionally-appointed ALJ for a new hearing and new decision.

DATED this _18th_ day of _Nov_ 2021.

RICHARD A. JONES
United States District Court Judge

Page 1     ORDER - [2:18-CV-00370-RAJ]