1    United States District Judge Richard A. Jones

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
9              WESTERN DISTRICT OF WASHINGTON
                           AT SEATTLE
10

11   MICHELLE MCCULLEY,              )
12                                   )   CASE NO. 2:18-cv-0370-RAJ
                     Plaintiff,      )
13                                   )
          vs.                        )   ~~PROPOSED~~ ORDER FOR EAJA FEES,
14                                   )   EXPENSES AND COSTS
15   COMMISSIONER OF SOCIAL SECURITY,)
                                     )
16                   Defendant.      )
                                     )
17

18
          Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees
19
     in the total amount of $4,831.53 and expenses of $79.47 (postage) pursuant to the Equal
20
21   Access to Justice Act, 28 U.S.C. § 2412(d), shall be awarded to Plaintiff.

22        If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are

23   not subject to any offset allowed under the Department of the Treasury's Offset Program,

24
     then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney,
25

ORDER FOR EAJA FEES, COSTS AND EXPENSES          Halpern & Oliver, PLLC
[«F494»] - 1                                     1800 Cooper Pt. Road SW, Bldg. 19
                                                 Olympia, WA 98502
                                                 (360) 753-8055

Amy Gilbrough.  Alternatively, costs may be paid to Plaintiff's attorney via electronic funds transfer.

Whether payment by check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address:  1904 Third Ave., Suite 1030, Seattle, Washington 98101.

Dated this 8th day of February, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[«F494»] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055